# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-287-GCM

| | |
|---|---|
| XAVIER ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>AMERICAN AIRLINES, INC., )<br>)<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Proceed in Forma Pauperis, (Doc. No. 2), and on the Court's initial review of Plaintiff's Complaint, (Doc. No. 1). Pro se Plaintiff Xavier Anderson filed this pro se action on May 31, 2018, in which he alleges that his former employer American Airlines, Inc. terminated his employment based on his race, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. (Doc. No. 1 at 3).

The Court will require Plaintiff to resubmit his in forma pauperis affidavit, correcting the discrepancies in the affidavit he has submitted to this Court. For instance, he states in the income portion of his affidavit that he received $808 in monthly income during the past twelve months, and he expects to receive $1064 next month. However, he attests in the same part of the form that his total monthly income is $266 and that he expects to receive the same amount next month, and he reports the same amounts for his spouse's income. He also appears to have provided inconsistent numbers in the monthly expenses portion of his affidavit.

**IT IS, THEREFORE, ORDERED that:**

1. Plaintiff shall, within 20 days of entry of this Order, furnish the Court with a new in forma pauperis affidavit, correcting the discrepancies in the original affidavit.

Signed: June 8, 2018

Graham C. Mullen
United States District Judge