# United States District Court
# Western District of North Carolina
# Charlotte Division

Xavier Anderson**,**            JUDGMENT IN CASE

    Plaintiff(s),                   3:18-cv-00287-GCM

    vs.

  American Airlines, Inc.**,**
    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 5, 2018 Order.

                              September 5, 2018

*[Signature: Frank G. John]*

Frank G. Johns, Clerk
United States District Court